**Electronically Filed
Supreme Court
SCWC-19-0000452
16-MAR-2021
09:45 AM
Dkt. 11 ODSAC**

SCWC-19-0000452

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

WILLIE JAMES JONES,
Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAI'I,
Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000452; S.P.P. NO. 17-1-0012; CR. NO. 1PC950001384)

ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Wilson, and Eddins, JJ.,
and Circuit Judge Loo, in place of McKenna, J., recused)

It appearing that the judgment on appeal in the above-referenced matter not having been filed by the Intermediate Court of Appeals at the time the application for writ of certiorari was filed, see Hawai'i Revised Statutes § 602-59(a) (2017)); see also Hawai'i Rules of Appellate Procedure (HRAP) Rule 36(b)(1) (2016),

IT IS HEREBY ORDERED that Petitioner/Petitioner-Appellant's application for writ of certiorari, filed March 11, 2021, is dismissed without prejudice to re-filing the application pursuant to HRAP Rule 40.1(a) (2017) ("The application shall be

filed within thirty days after the filing of the intermediate court of appeals' judgment on appeal or dismissal order, unless the time for filing the application is extended in accordance with this rule.").

DATED:  Honolulu, Hawaiʻi, March 16, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Michael D. Wilson

/s/ Todd W. Eddins

/s/ Rhonda I.L. Loo

